UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERMAINE NATHANIEL GLYNN, | |
| Plaintiff, | |
| -against- | |
| CITY OF NEW YORK ET AL., | |
| Defendants. | |

26 CIVIL 003232 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 24, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:   April 29, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge